**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 23, 2019.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

---

**NO. 14-19-00407-CR**

---

**IN RE JACK TERRILL, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1605125**

## MEMORANDUM OPINION

On May 15, 2019, relator Jack Terrill filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Chuck Silverman, presiding

judge of the 183rd District Court of Harris County, to dismiss relator's indictment because his constitutional right to a speedy trial has been violated.

Relator states that he filed a motion for a speedy trial in the trial court, demanded that he be brought to trial, and objected to a continuance of his case, but the trial court failed to act upon relator's requests. Relator has court-appointed representation. A criminal defendant is not entitled to hybrid representation, and the trial court is free to disregard any pro se motions filed by a defendant who is represented by counsel. *Jenkins v. State*, No. PD-0086-18, 2018 WL 6332219, at*6 n.47 (Tex. Crim. App. Dec. 5, 2018); *Robinson v. State*, 240 S.W.3d 919, 222 (Tex. Crim. App. 2007). In the absence of a right to hybrid representation, relator has not presented anything for this court's consideration. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.3d 423, 425 n.1 (Tex. Crim. App. 1991).

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).